1  Christopher S. Morris, Esq., SBN 163188
   cmorris@morrislawfirmapc.com
2  Chanell A. Kachi, Esq., SBN 279761
   ckachi@morrislawfirmapc.com
3  MORRIS LAW FIRM, APC
   501 West Broadway, Suite 1480
4  San Diego, CA 92101
   Telephone:  (619) 826-8060
5  Facsimile:   (619) 826-8065

6  Attorneys for Defendant City of San Diego

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11 JOHN DOE #1, an individual, and        Case No. 17CV1581 W WVG
   JOHN DOE #2, an individual,
12                                        **JOINT REQUEST FOR AN
                           Plaintiffs,    EXTENSION OF TIME TO RESPOND
13                                        TO COMPLAINT**

       v.
14
   CITY OF SAN DIEGO, an
15 incorporated California Municipality;
   and DOES 1 to 10, inclusive,
16
                           Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

---

JOINT REQUEST FOR AN EXTENSION            CASE NO. 17CV1581 W WVG

The parties, through this motion, and pursuant to Civil Local Rules 7.2, 12.1, and 83.3(f)(3)(c), jointly request that this Court grant: (1) Defendant City of San Diego ("City") an extension of thirty (30) days to respond to Plaintiffs' Complaint.

Good cause exists to grant the extension request under Civil Local Rule 12.1 for the following reasons:

1.   The City's response to the Complaint is presently due on or before Wednesday, September 27, 2017.

2.   The Morris Law Firm was recently approved to represent the City on September 19, 2017, and the City would be seriously disadvantaged and harmed in this litigation if it were to fail to file a timely response to the Complaint in the matter.

3.   The City would be further disadvantaged and harmed in this litigation if counsel was not able to thoroughly review the Complaint before filing a response. The parties respectfully request that the Court grant Defendant City of San Diego a thirty (30) day extension until October 27, 2017, to respond to the Plaintiffs' Complaint.

Respectfully submitted,

**MORRIS LAW FIRM, APC**


Dated:  September 27, 2017          by:   *s/ Christopher S. Morris*
                                    Christopher S. Morris, Esq.
                                    cmorris@morrislawfirmapc.com
                                    Attorneys for Defendant City of San Diego

**LAW OFFICE OF JANICE M. BELLUCCI**


Dated:  September 27, 2017          by:  *s/ Janice M. Bellucci*
                                    Janice M. Bellucci, Esq.
                                    jmbellucci@aol.com
                                    Attorneys for Plaintiffs John Doe #1 and
                                    John Doe #2

3

<u>Signature Certification:</u>

  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Janice M. Bellucci, Esq, counsel for Plaintiffs John Doe #1 and John Doe #2, and that I have obtained Ms. Bellucci's authorization to affix her electronic signature to this document.

Dated: September 27, 2017     *s/ Christopher S. Morris*
             Christopher S. Morris, Esq.

JOINT REQUEST FOR AN EXTENSION     CASE NO. 17CV1581 W WVG